IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> JTL AIR CONDITIONING & REFRIGERATION, INC., <br><br> Defendant. | Case No. 1:16-cv-00537-GBL-MSN |

## ORDER AND FINAL JUDGMENT

Upon consideration of the Report and Recommendation entered on October 14, 2016, by United States Magistrate Judge Michael S. Nachmanoff (Dkt. No. 14), who was designated to conduct a hearing in this matter, upon independent review of the record, and based on no objection having been filed within fourteen days,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Nachmanoff;

**IT IS FURTHER ORDERED** that Plaintiffs Trustees of the Plumbers and Pipefitters National Pension Fund's Motion for Default Judgment (Dkt. No. 10) is **GRANTED**;

**IT IS FURTHER ORDERED** that for the reasons stated in the Report and Recommendation (Dkt. No. 14), and pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Plaintiffs Trustees of the Plumbers and Pipefitters National Pension Fund and against Defendant JTL Air Conditioning & Refrigeration, Inc., in the total amount of $4,660.67 consisting of:

(1) unpaid contributions for work performed from June 2015 to March 2016 in the amount of $1,745.39;

(2) liquidated damages in the amount of $174.54;

(3) accrued interest in the amount of $209.45;

(4) attorney fees in the amount of $1,695.00 and costs in the amount of $836.29; and

(5) in addition, interest on delinquent contributions continuing to accrue at a rate of 12 percent annum until full payment is made.

**IT IS SO ORDERED.**

ENTERED this 8th day of November, 2016.

Alexandria, Virginia
11 / 8 / 2016

                                            /s/
                                 Gerald Bruce Lee
                                 United States District Judge